

# Fourth Court of Appeals
## San Antonio, Texas

February 13, 2018

No. 04-18-00076-CV

**IN RE** Elizabeth **DICK**

Original Mandamus Proceeding[1]

# O R D E R

On February 11, 2018, relator filed a petition for writ of mandamus. On February 12, 2018, the real parties in interest filed a response. After considering the petition and the response, we conclude relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. See TEX. R. APP. P. 52.8(a). Relator's Motion for Expedited Briefing and Decision is hereby MOOT. The court's opinion will issue at a later date.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of February, 2018.

KEITH E. HOTTLE,
Clerk of Court

---

[1] This court has jurisdiction pursuant to Texas Election Code section 273.061, which authorizes this court to "issue a writ of mandamus to compel the performance of any duty imposed by law in connection with the holding of an election . . . regardless of whether the person responsible for performing the duty is a public officer." TEX. ELEC. CODE ANN. § 273.061 (West 2010).